IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DRAKE GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACEVES, et al.,<br><br>　　　　Defendants. | No.  2:23-CV-1883-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.  See ECF No. 2.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

　　　　The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

　　　　IT IS SO ORDERED.

Dated:  September 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1